1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-MJ-00335-GGH |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| MARTIN VENTURA VENTURA, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 USC 1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:10-MJ-00335-GGH, against MARTIN VENTURA VENTURA is GRANTED.

DATED: February 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1